# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDY ALEMAN,          )<br>      Plaintiff,     )<br>                        )<br>   v.                    )<br>                        )<br>COHEN & ASSOCIATES, P.C., and )<br>DOES 1-10,     )<br>      Defendants.    )<br>                        ) | Civil Action<br>No. 1:12-12006-FDS |

## SETTLEMENT ORDER OF DISMISSAL

**SAYLOR, D.J.**

The parties have advised the Court that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right if any party upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated.

|  |  |
|---|---|
| December 13, 2012<br>Date | By the Court,<br>/s/ Pietro Cicolini<br>Deputy Clerk |